Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID E. LEWIS, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF KENT, a Washington municipality; Kent Policer Officer ELI MORRIS; Kent Police Officer ERIC TUNG; Kent Police Officer ELIOT HALE; and former Kent Police Officer RICHIE PLUNKETT,<br><br>Defendants. | No. 2:19-cv-00227-RSL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL<br><br>Note on motion calendar:<br>July 1, 2019 |

**STIPULATED MOTION**

Pursuant to FRCP 41(a)(1), the parties stipulate to the dismissal with prejudice of this entire action. The parties jointly request the Court enter the order proposed below.

//

//

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL (2:19-cv-00227-RSL) - 1

**SEAMARK LAW GROUP PLLC**
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510

DATED: June 28, 2019

| | |
|---|---|
| SHISHIDO TAREN PLLC<br>Co-Counsel for Plaintiff David Lewis<br><br>By: *s/Jordan Taren*<br>　　Robin J. Shishido, WSBA No. 45926<br>　　Jordan Taren, WSBA No. 50066<br>　　Shishido Taren PLLC<br>　　1001 Fourth Ave, Suite 3200<br>　　Seattle, WA 98154<br>　　(206) 684-9320<br>　　rshishido@shishidotaren.com<br>　　jtaren@shishidotaren.com | SEAMARK LAW GROUP PLLC<br>Attorneys for the City of Kent and<br>Officers Hale, Morris, Plunkett, and Tung<br><br>By: *s/ Geoff Grindeland*<br>　　Geoff Grindeland, WSBA No. 35798<br>　　Nikki Carsley, WSBA No. 46650<br>　　Seamark Law Group PLLC<br>　　400 Winslow Way E, Ste 230<br>　　Bainbridge Island, WA 98110<br>　　(206) 502-2510<br>　　geoff@seamarklaw.com<br>　　nikki@seamarklaw.com |

ATTORNEY WEST SEATTLE, P.S.
Co-Counsel for Plaintiff David Lewis

By: *s/Eric Harrison*
　　Eric Harrison, WSBA No. 46129
　　Attorney West Seattle, P.S.
　　5400 California Ave SW, Ste E
　　Seattle, WA 98136
　　(206) 745-3738
　　eric@attorneywestseattle.com

## ORDER

Based on the foregoing, this entire action is dismissed with prejudice, but without an award of fees or costs to any party.

DATED: July 15, 2019

_____
Honorable Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND [PROPOSED]
ORDER OF DISMISSAL (2:19-cv-00227-RSL) - 2

SEAMARK LAW GROUP PLLC
400 WINSLOW WAY E, STE 230
BAINBRIDGE ISLAND, WA 98110
(206) 502-2510